IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-01761-MSK-CBS

DANNIE FAIL;
SCOTT BUCHHOLZ;
CHRISTIAN ANDERSONN;
JOHN ZONTA;
STACY TRUAX;
TIMOTHY MELSON;
SCOTT PHILBRICK; and
JEDADIAH ZILLMER,

      Plaintiffs,

v.

USA,

      Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order filed on September 27, 2013, (**Doc. #46**), it is

ORDERED that:

The Army's decision is AFFIRMED to deny benefits (or additional benefits) to Mr. Fail, Mr. Buccholz, Mr. Zonta, Ms. Truax, Mr. Philbrick and Mr. Zilmer. The Court VACATES the Army's decision to deny benefits to Mr. Andersonn and Mr. Melson. The Army will certify the eligibility of Mr. Anderson and Ms. Melson for benefits as set forth in the Courts's Order (**Doc. #46**).

It is further

The case is closed.

Dated this 30th day September, 2013.

ENTERED FOR THE COURT:
JEFFREY P. COLWELL, CLERK


s/Nel Steffens
Deputy Clerk